DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
DEVIN L. PACE #256514
NANETTE DUMAS #148261
JANE Z. BOHRER #243692
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Entered on Docket
July 02, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed July 2, 2018

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| IN RE:<br><br>MANUEL JOSEPH GARCIA, JR.,<br><br>Debtor(s) | CHAPTER 13 CASE NO. 18-50642 SLJ<br><br>**ORDER ON TRUSTEE'S MOTION TO DISMISS**<br><br>Hearing Date: June 21, 2018<br>Hearing Time: 10:00 a.m.<br>Judge: Hon. Stephen L. Johnson<br>Place: U.S. Bankruptcy Court<br>      280 S. First St., Courtroom 3099<br>      San Jose, California 95113 |

The Chapter 13 Trustee's Motion to Dismiss ("Motion") came on for hearing at the above-referenced date and time. Appearances were noted on the record. For reasons orally stated on the record, good cause appearing,

IT IS HEREBY ORDERED as follows:

Debtor(s) remit sufficient funds to the Trustee by June 30, 2018 to allow her to pay the May and June conduit mortgage payments or the case will be dismissed.

***END OF ORDER***

# COURT SERVICE LIST

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

NONE