DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

MANUEL JOSEPH GARCIA JR

           Debtor(s)

Chapter 13
Case No. 18-50642 SLJ

FIRST AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

Confirmation Date: N/A – Trustee's Pending List

Judge: Stephen L. Johnson

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the following reasons:

1. The Trustee is unable to determine whether the plan is feasible pursuant to 11 U.S.C. §1325(a)(6). In section 2.01 of the plan the Debtor proposes to pay $750.00 for six months, $7,375.00 for six months and in Section 2.02 of the plan further proposes an additional payment within 12 months of the petition filing date from proceeds of a sale of real property; however, it fails to state the amount the Trustee is expected to receive from escrow.

2. The Trustee cannot determine whether the plan is feasible under 11 U.S.C. § 1325(a)(6). The Debtor's plan payment for the first six months is not sufficient to cover the adequate protection payment to Internal Revenue Service, Attorney and Trustee fee and the on-going mortgage payment to SN Servicing.

3. In order to assist the Trustee in determining whether the disposable income test in 11 U.S.C. §1325(b)(1)(B) and/or the feasibility test in 11 U.S.C. §1325(a)(6) is met, the Trustee requests that the Debtor provide her with a copy of each federal and state income tax return and W-2 form required under applicable law with respect to each tax year of the Debtor's ending while the case is pending confirmation. The tax return shall be provided to her at the same time it is filed with the taxing authority.

4. The Trustee questions the feasibility of the Debtor's Plan pursuant to 11 U.S.C. § 1325(a)(6) as there is a deficit in the Debtor's budget of $3,555.12 per month, after he makes his plan payment of $4,305.

5. The Trustee is unable to determine whether the plan meets the feasibility test in 11 U.S.C. §1325(a)(6) because the plan payments substantially increase during the pendency of the case. The Trustee requests that the Debtor file a declaration, signed under penalty of perjury, which explains how the increased plan payments will be funded.

6. The Trustee questions the feasibility of the Debtor's Plan pursuant to 11 U.S.C. § 1325(a)(6). Pursuant to the Debtor's testimony at the meeting of creditors held May 7, 2018 he has a new job. The Trustee requests the Debtor file an amended Schedule I and J.

7. The Trustee is unable to determine whether 11 U.S.C. § 1322(b)(5) is met. The Trustee is in receipt of a Proof of Claim filed by E*Trade Bank for mortgage arrears in the

amount of $47,377.39. Said arrears have been omitted from the plan. The Debtor must file an amended plan to provide for said arrears.

8. The Trustee is unable to determine whether 11 U.S.C. § 1322(b)(5) is met. The Trustee is in receipt of a Proof of Claim filed by E*Trade Bank in the amount of $494,186.63 secured by real property located at 8933 Ironbark Street, Gilroy. Said creditor has been omitted from the Schedule of Debts.

Dated: July 10, 2018          /S/ Devin Derham-Burk

                              Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032. I served the within Objection to Confirmation, by placing same in an envelope in the U.S. Mail at Los Gatos, California on July 11, 2018. Said envelopes were addressed as follows:

| MANUEL JOSEPH GARCIA JR<br>8933 IRONBARK ST<br>GILROY, CA 95020 | CENTRAL COAST BANKRUPTCY INC<br>532 PAJARO ST<br>SALINAS, CA 93901 |
|---|---|

/S/__Clotilde Costa_____
Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation – 18-50642 SLJ